## DISCIPLINARY CASES

**2013–0666.   Disciplinary Counsel v. Clinard.**
On certification of default. Nathan Clinard, Attorney Registration No. 0062924, is indefinitely suspended from the practice of law.

## CASE ANNOUNCEMENTS

*February 21, 2014*

[Cite as *02/21/2014 Case Announcements*, 2014-Ohio-616.]

## MOTION AND PROCEDURAL RULINGS

**2013–0761.   Renfrow v. Norfolk S. Ry. Co.**
Cuyahoga App. No. 98715, 2013-Ohio-1189. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

Upon consideration of the motion for admission pro hac vice of Ira L. Podheiser, it is ordered by the court that the motion is granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

## CASE ANNOUNCEMENTS

*February 21, 2014*

[Cite as *02/21/2014 Case Announcements #2*, 2014-Ohio-638.]

## MOTION AND PROCEDURAL RULINGS

**2014–0268.   State ex rel. Rohrer v. Holzapfel.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and prohibition.

It is ordered by the court, sua sponte, that respondents shall file a response to the allegations regarding the warrants of removal no later than 2:00 p.m. on Monday, February 24, 2014.

## CASE ANNOUNCEMENTS

*February 24, 2014*

[Cite as *02/24/2014 Case Announcements*, 2014-Ohio-637.]